IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KENNY CONYERS, JR. ,

     Appellant,

v.

Case No. 5D23-7
LT Case No. 2014-CF-004268

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed May 9, 2023

Appeal from the Circuit Court
for Duval County,
Meredith Charbula, Judge.

Jessica J. Yeary, Public Defender, and
Danielle Jorden, Assistant Public
Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and
Virginia Chester Harris, Assistant
Attorney General, Tallahassee, for
Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., MAKAR and EISNAUGLE, JJ., concur.